UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BLANE CANTRELL, SR., | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:04-CV-214 (CEJ) |
| DAVE DORMIRE, | ) |
| Respondent. | ) |

### ORDER

**IT IS HEREBY ORDERED** that petitioner's motion [#22] for additional time to file his objections to the Report and Recommendation is **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that petitioner shall file his objections to the Report and Recommendation by **December 27, 2006**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com