```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


BLANE CANTRELL, SR.,            )
                                )
            Petitioner,         )
                                )
      vs.                       )   Case No. 4:04-CV-214 (CEJ)
                                )
DAVE DORMIRE,                   )
                                )
            Respondent.         )
```

**ORDER**

This matter is before the Court on petitioner's second motion [#24] for an extension of time in which to file his objections to the Report & Recommendation. Petitioner's objections were originally due on November 20, 2006. The Court granted petitioner an extension of time until December 27, 2006. Petitioner now seeks an additional period of ninety days to prepare his objections. Petitioner claims that he is currently in phase two of a three-phase term of administrative segregation. While he is in administrative segregation, he has no access to the law library, legal clerks, or materials in which to file his objections. He claims that he is unsure of when his administrative segregation will terminate. Petitioner also asks that he be appointed an attorney should his request for an extension be denied.

The Court feels that petitioner has had adequate time to respond to the Report & Recommendation. Nonetheless, due to his current situation, the Court will grant petitioner a short extension of time to enable him to fully make his objections.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's second motion [#24] for an extension of time to respond to the Report & Recommendation is **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that petitioner shall file his objections to the Report and Recommendation by **January 22, 2007.**

**IT IS FURTHER ORDERED** that petitioner's request that the Court appoint him an attorney is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2006.